Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | DACO Fire Equipment, Inc |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | __ __ – __ __ __ __ __ __ __ |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | PO Box 5006 |
| 201 Avenue R | |
| Number   Street | Number   Street |
| Lubbock, TX 79415-4064 | Lubbock, 79408-5006 |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lubbock | |
| County | |
| | Number   Street |
| | City   State   ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **DACO Fire Equipment, Inc**                                          Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                            MM / DD / YYYY

            District _____   When _____   Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

            District _____   When _____
                                                                            MM / DD / YYYY

            Case number, if known _____

Debtor    **DACO Fire Equipment, Inc**                                          Case number *(if known)*
_____
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard?    _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>        Number        Street<br>_____<br>_____<br>        City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency    _____<br>            Contact name    _____<br>            Phone        _____ |

| ■ | **Statistical and administrative information** |
|---|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49        ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☑ 100-199    ☐ 200-999    ☐ 10,001-25,000                        ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | **DACO Fire Equipment, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on  **04/24/2024**
                      MM/ DD/ YYYY

**X** /s/ Wesley Dobmeier                                    Wesley Dobmeier
Signature of authorized representative of debtor            Printed name

Title                    **President**

| | |
|---|---|
| **18. Signature of attorney** | **X** /s/ Stephen W. Sather          Date **04/24/2024** |
| | Signature of attorney for debtor                     MM/ DD/ YYYY |

**Stephen W. Sather**
Printed name

**Barron & Newburger, P.C.**
Firm name

**7320 N. MoPac Expressway 400**
Number        Street

**Austin**                                    **TX**        **78731**
City                                          State        ZIP Code

**(512) 653-1009**                            **ssather@bn-lawyers.com**
Contact phone                                 Email address

_____                               _____
Bar number                                    State

Fill in this information to identify the case:

Debtor name      **DACO Fire Equipment, Inc**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
    amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AMKUS RESCUE SYSTEMS 3701 Innovation Way Valparaiso, IN 46383-9327 | (800) 592-6587 | | | | | $25,566.27 |
| 2 | ARTESIA FIRE EQUIPMENT, INC PO BOX 13671014 S. FIRST ST. ARTESIA, NM 88210 | (575) 746-6111 | | | | | $113,402.87 |
| 3 | CREW BOSS PO BOX 2729 EUGENE, OR 97402 | (541) 209-6800 | | | | | $14,362.92 |
| 4 | DRAEGER INC. 3135 QUARRY ROAD TELFORD, PA 18969 | 215-660-2415 | | | | | $174,539.89 |
| 5 | HAIX NORTH AMERICA INC. 2320 FORTUNE DRIVE, SUITE 120 LEXINGTON, KY 40509 | (866) 344-4249 | | | | | $79,329.10 |
| 6 | Internal Revenue Service Center Centralized Insolvency Office PO Box Box 7345 Philadelphia, PA 19101-7346 | | Priority Debt | Disputed | | | $2,541,192.25 |
| 7 | KUSSMAUL ELECTRONICS CO., INC. 170 CHERRY AVEDAC001 WEST SAYVILLE, NY 11796-1221 | (800) 346-0857 | | | | | $14,069.67 |
| 8 | LION APPAREL, INC. L-3505 COLUMBUS, OH 43260 | 800-421-2926 | | | | | $366,835.01 |

Debtor   **DACO Fire Equipment, Inc**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 LION TOTAL CARE LION APPAREL, INC.L-3505 COLUMBUS, OH 43260 | 866-742-6156 | | | | | $11,611.32 |
| 10 Lonestar State Bank of West Texas 6220 Milwaukee Ave Lubbock, TX 79424 | | Priority Debt | | | | $117,089.03 |
| 11 MAX-AIR 2807 PEDDLER LANE KERRVILLE, TX 78028 | (830) 257-5006 | | | | | $38,324.92 |
| 12 McNEIL & CO. P.O. BOX 292 CANAJOHARIE, NY 13317 | (800) 822-3747 | | | | | $12,630.27 |
| 13 METRO FIRE APPARATUS SPECIALISTS, INC. 17350 STATE HWY 249 STE 250 HOUSTON, TX 77064 | 713-692-0911 | | | | | $12,242.30 |
| 14 ROSENBAUER MINNESOTA, LLC PO BOX 549 WYOMING, MN 55092 | 651-462-1000 | | | | | $154,327.40 |
| 15 ROSENBAUER MOTORS LLC Po Box 549 Wyoming, MN 55092-0549 | (651) 462-1000 | Parts | | | | $61,406.61 |
| 16 ROSENBAUER SOUTH DAKOTA, LLC 100 3rd St Lyons, SD 57041-8000 | (605) 543-5591 | Parts | | | | $28,783.87 |
| 17 SCBAS INC 403 Peoria St Washington, IL 61571-2426 | (800) 747-7442 | Parts | | | | $14,383.92 |
| 18 SNAP TITE HOSE PO BOX 5001 GREENSBURG, PA 15601-5001 | 814-438-7616 | | | | | $57,208.58 |
| 19 Steve Davis 5402 73rd St Lubbock, TX 79424-2010 | (806) 777-0808 | | Disputed | | | $987,678.43 |
| 20 SWITCH I.T. SUPPORT PO BOX 53232 LUBBOCK, TX 79453 | 806-798-2600 | | | | | $14,160.96 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE: **DACO Fire Equipment, Inc**                                    CASE NO

                                                                       CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **04/24/2024**        Signature                    **/s/ Wesley Dobmeier**
                                                         Wesley Dobmeier, President

AIRGAS SOUTHWEST, INC.

Po Box 734671

Dallas, TX 75373-4671


ALL STAR TRUCK WASH

1612 N I 27

Lubbock, TX 79403-2527


ALLIED COMPLIANCE
SERVICES, INC.

2827 74th St

Lubbock, TX 79423-1437


Ally Financial

P.O. Box 9001948

Louisville, KY 40290


AMKUS RESCUE SYSTEMS

3701 Innovation Way

Valparaiso, IN 46383-9327


ANDERSON HILL, LLP

P.O. BOX 65257

LUBBOCK, TX 79464


AQUA ONE

PO BOX 8210

AMARILLO, TX 79114


ARTESIA FIRE EQUIPMENT,
INC

PO BOX 13671014 S. FIRST ST.

ARTESIA, NM 88210

AUSTIN HARDWARE &
SUPPLY, INC.
DEPT CH 19373
PALATINE, IL 60055-9373


AVON PROTECTION
DEPT 134001
PO Box 67000
Detroit, MI 48267-1340


B & J WELDING SUPPLY
PO BOX 3520
LUBBOCK, TX 79452-3520


Blue Cross Blue Shield
PO Box 6655730
Dallas, TX 75266-0049


BLUE SPARTAN PRODUCTS
262 FAITH ROCK ROAD
Franklinville, NC 27248


BROOKS EQUIPMENT CO.,
INC.
PO BOX 60594
CHARLOTTE, NC 28260-0594


BULLARD COMPANY
DEPT. 781209
PO Box 78000
Detroit, MI 48278-1209


BUSINESS HYGIENE
PO BOX 16558
LUBBOCK, TX 79490-6558

BUYBOARD
Po Box 975110
Dallas, TX 75397-5110


C & S SUPPLY
253 42ND STREET SW, UNIT C CO.
Loveland, CO 80537


CHEMGUARD
TYCO FIRE PRODUCTS
DEPT CH-10513
Palatine, IL 60055-0513


CLEANING HOUSE, THE
110 AVE S
LUBBOCK, TX 79415


COHN & GREGORY
PO Box 671435 TEXAS
Dallas, TX 75267-1435


COLONIAL LIFE
--
----


COUNCIL TOOL COMPANY
PO BOX 165
LAKE WACCAMAW, NC 28450-0165


CRESTAR FIREFIGHTING
EQUIPMENT LLC
CRESTAR FIREFIGHTING EQUIPMENT
643 LEGION DR
Shreve, OH 44676

CREW BOSS
PO BOX 2729
EUGENE, OR 97402

CUSTOM ELECTRONICS
807 E CR 7300 #1
LUBBOCK, TX 79404

DEECO RUBBER CO., INC.
PO BOX 3337
LUBBOCK, TX 79452-3337

DEL CITY
23287 NETWORK PLACE
CHICAGO, IL 60673-1232

DRAEGER INC.
3135 QUARRY ROAD
TELFORD, PA 18969

DUO-SAFETY LADDER
CORPORATION
PO Box 497
Oshkosh, WI 54902-0497

EARL'S PLUMBING
4720 HIGHWAY 84
LUBBOCK, TX 79415

ECO CAF PRODUCT SYSTEMS
1095 HILLTOP DRIVE, SUITE 425
REDDING, CA 96003

ELKHART BRASS MFG. CO.,
INC.
PO BOX 74008426
ELKHART, IN 60674-8426

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

FELIX WEST PAINTS, INC.
FELIX WEST PAINTS, INC
PO Box 2096
Lubbock, TX 79408

FIRE HOOKS UNLIMITED
1827 Old Mill Rd
Wall Township, NJ 07719-3613

FIRE RESEARCH
CORPORATION
PO BOX 74007150
CHICAGO, IL 60674-7150

FLAMEFIGHTER
CORPORATION
Flamefighter Corp.P.O. BOX 61
South St. Paul, MN 55075

FLEETPRIDE
PO BOX 847118
DALLAS, TX 75284-7118

FOAM PRO
FIRE RESEARCH CORPORATION
PO Box 74007150
Chicago, IL 60674-7150

Ford

Ford Credit
P.O. Box 65075
Dallas, TX 75265-0575

FORGE FIRE & CO.
3844 PLEASANT HILL RD
PERRYSVILLE, OH 44864

FOXFURY LIGHTING
SOLUTIONS
FOXFURY, LLC 3544 SEAGATE WAY, STE
110
OCEANSIDE, CA 92056

FYRELANE USA
8701 JOHN CARPENTER FRWY SUITE 230
Dallas, TX 75247

GEMTOR, INC.
GEMTOR INC
1 Johnson Ave
Matawan, NJ 07747-2509

GRAINGER
DEPT. 827930389PO BOX 419267
KANSAS CITY, MO 64141-6267

GUARDIAN ANGEL
W228N727 WESTMOUND DRSTE A
WAUKESHA, WI 53186

HAIX NORTH AMERICA INC.
2320 FORTUNE DRIVE, SUITE 120
LEXINGTON, KY 40509


HCAA MEDICAL GROUP, PA
#25 BRIERCROFT OFFICE PARK
LUBBOCK, TX 79412-3011


HEBERT HOSE CLAMPS
PO BOX 66575
SEATTLE, WA 98166


HIGH WATER HOSE
HIGHWATER HOSE, INC.5838
CYPIHOTCANADA
SAINT LAURENTH4S 1Y5


HOGLAND COMPLETE OFFICE
SOLUTIONS
PO BOX 1018
LUBBOCK, TX 79408


HUSKY PORTABLE
CONTAINMENT
PO BOX 3404
BARTLESVILLE, OK 74006


INNOVATIVE CONTROLS
560 BRADDOCK AVE
EAST PITTSBURGH, PA 15112


Internal Revenue Service
Center
Centralized Insolvency Office
PO Box Box 7345
Philadelphia, PA 19101-7346

JENKINS & YOUNG, P.C.
JENKINS, WAGNON & YOUNG, P.C.PO BOX
420
LUBBOCK, TX 79408-0420


JOHN WRIGHT ASSOCIATES,
INC.
1111 W Abram St
Arlington, TX 76013-6928


KINGS TIRE WAREHOUSE
230 AVE Q
LUBBOCK, TX 79415


KOCHEK COMPANY INC.
INDUSTRIAL PARK75 HIGHLAND
DRIVEPUTNAM,
PUTNAM, CT 06260


KUSSMAUL ELECTRONICS CO.,
INC.
170 CHERRY AVEDAC001
WEST SAYVILLE, NY 11796-1221


LAWRENCE FACTOR
4740 NW 157 STREET
MIAMI LAKES, FL 33014


LIBERTY NATIONAL LIFE
INSURANCE CO.
ATTN: PREMIUM REMITTANCEPO BOX
248889
OKLAHOMA CITY, OK 73124

LIFE LINE EMERGENCY
VEHICLES, INC.
1 LIFE-LINE DRIVE
SUMNER, IA 50674

LION APPAREL, INC.
L-3505
COLUMBUS, OH 43260


LION TOTAL CARE
LION APPAREL, INC.L-3505
COLUMBUS, OH 43260


LIQUID SPRINGS
10400 Pioneer Blvd Ste 1
Santa Fe Spgs, CA 90670-3728


Lonestar State Bank of West
Texas
6220 Milwaukee Ave
Lubbock, TX 79424


Lonestar State Bank of West
Texas
6220 Milwaukee Ave
Lubbock, TX 79424


LONGLEY DIESEL &
EQUIPMENT SERVICE LLC
4509 IONA STREET
LUBBOCK, TX 79415


LP&L-DACO
POWER & LIGHTPO BOX 10541LUBBOCK,
LUBBOCK, TX 79408-3541


LUBBOCK BOLT BIN
4029 AVENUE A
LUBBOCK, TX 79404

LUBBOCK GASKET & SUPPLY
PO BOX 2154
LUBBOCK, TX 79408

MAJESTIC FIRE APPAREL,
INC.
PO BOX 248
LEHIGHTON, PA 18235

MANHATTAN LIFE
PO BOX 925688
HOUSTON, TX 77292

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604

MAX-AIR
2807 PEDDLER LANE
KERRVILLE, TX 78028

MAXXIMA PANOR
CORPORATION
125 CABOT COURT
HAUPPAUGE, NY 11788

McGavock Nissan Lubbock
6312 Milwaukee Ave
Lubbock, TX 79424-0613

McNEIL & CO.
P.O. BOX 292
CANAJOHARIE, NY 13317

METRO FIRE APPARATUS
SPECIALISTS, INC.
17350 STATE HWY 249 STE 250
HOUSTON, TX 77064


MIDWEST HOSE & SPECIALTY
INC.
P.O. BOX 248911
OKLAHOMA CITY, OK 73124-8911


MTS, INC.
PO BOX 3910
LUBBOCK, TX 79452


NIGHTSTICK
640 South Sanden Blvd Texas
Wylie, TX 75098


NKC TIRE/McWHORTER'S
TIRE
1008 TEXAS AVE.
LUBBOCK, TX 79401


OCCUNOMIX INTERNATIONAL
DEPT 510 PO BOX 4458
HOUSTON, TX 77210


OLD DOMINION FREIGHT
LINE, INC.
PO BOX 841324
DALLAS, TX 75284-1324


ONSPOT
PO BOX 842293
BOSTON, MA 02284-2293

O'REILLY-FW
P.O. BOX 9464
SPRINGFIELD, MO 65801-9464

O'TOOL PLASTIC PIPE, INC.
PO BOX 1917
LUBBOCK, TX 79408

PACIFIC REFLEX SIGNS
PO BOX 1200
MACON, MS 39341

Peac Solutions/Marlin
Business Bank

PELICAN PRODUCTS, INC.
23215 EARLY AVE
TORRANCE, CA 90505

PF DISTRIBUTION CENTER,
INC.
1500 E Hamilton Ave Ste 112
Campbell, CA 95008-0834

PIGEON MOUNTAIN
INDUSTRIES
PO BOX 803
LAFAYETTE, GA 30728

PREMIER EMBLEM
2111 West Ave Ste 200
San Antonio, TX 78201-2822

PURVIS INDUSTRIES
P.O. BOX 540757
DALLAS, TX 75354

R & B FABRICATIONS
20128 RD 138
OAKWOOD, OH 45873

RED HEAD BRASS, LLC
PO BOX 76119
CLEVELAND, OH 44101-4755

RELIANT
PO BOX 650475
DALLAS, TX 75265-0475

Reliant Energy
6000 Huddleston St
Haltom City, TX 76137-2214

Reliant Energy
201 Avenue R
Lubbock, TX 79415-4064

Reliant Energy
4503 Iona St
Lubbock, TX 79415-9701

ROSENBAUER AERIALS, LLC
870 S BROAD ST.
FREMONT, NE 68025

ROSENBAUER MINNESOTA,
LLC
PO BOX 549
WYOMING, MN 55092

ROSENBAUER MOTORS LLC
Po Box 549
Wyoming, MN 55092-0549

ROSENBAUER SOUTH
DAKOTA, LLC
100 3rd St
Lyons, SD 57041-8000

S & H PRODUCTS
Po Box 75490
Chicago, IL 60675-5490

SAM CARBIS SOLUTIONS
GROUP
Po Box 6649
Florence, SC 29502-6649

SCBAS INC
403 Peoria St
Washington, IL 61571-2426

Scoggin Dickey Chevrolet
Buick Inc
5901 Spur 327
Lubbock, TX 79424-2705

SIGN DESIGN
6625 19th St Ste 110
Lubbock, TX 79407-1301

SNAP TITE HOSE
PO BOX 5001
GREENSBURG, PA 15601-5001


SOUTH PARK CORPORATION
PO BOX 61
SOUTH ST. PAUL, MN 55075


SOUTH PLAINS
COMMUNICATION
5811 34TH STREET
LUBBOCK, TX 79407


SOUTHERN TIRE MART, LLC
P.O. BOX 1000DEPT. 143
MEMPHIS, TN 38148-0143


SPECTRUM VOIP
Po Box 250588
Plano, TX 75025-0588


STALLION AIR, INC.
PO BOX 337
RAMSEUR, NC 27316


STAR MARKETING, INC.
Po Box 230
Kaukauna, WI 54130-0230


Steve Davis
5402 73rd St
Lubbock, TX 79424-2010

STREAMLIGHT
30 Eagleville Rd
Norristown, PA 19403-1476


STRYKER
P.O. BOX 93308
CHICAGO, IL 60673-3309


SURVIVAL AIR SYSTEMS
MORTON MORROW DBA SURVIVAL AIR
313 County Road 893
Angleton, TX 77515-9489


SWITCH I.T. SUPPORT
PO BOX 53232
LUBBOCK, TX 79453


TEINERT METALS, INC.
PO BOX 3217
LUBBOCK, TX 79452


TEMPEST TECHNOLOGY
Attn: TEMPEST TECHNOLOGY CORP
4708 N Blythe Ave
Fresno, CA 93722-3930


THUEMLING INSTRUMENT
GROUP
PO BOX 1625
WAUKESHA, WI 53187-1625


TRANSAMERICA LIFE
INSURANCE COMPANY
P.O. BOX 653005
DALLAS, TX 75265

TRIDENT EMERGENCY
PRODUCTS
2940 Turnpike Dr
Hatboro, PA 19040-4229


TURTLE PLASTICS
Attn: CLEVELAND RECLAIM INDUSTRIES,
INC.
Po Box 33
Amherst, OH 44001-0033

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530


U.S. Attorney's Office
George Mahon Federal Building
1205 Texas Avenue Suite 700
Lubbock, TX 79401


Unknown
Unknown Unknown
Round Rock, TX 78664


UPS - DACO
Po Box 577
Carol Stream, IL 60132-0577


UPS - FW
Po Box 577
Carol Stream, IL 60132-0577


VERDE ENVIRONMENTAL,
INC.
9223 Eastex Fwy
Houston, TX 77093-7001

Verizon Wireless

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

W.S. DARLEY
PO BOX 95186
CHICAGO, IL 60694-5186

WATEROUS COMPANY
PO BOX 98376
CHICAGO, IL 60693-8376

WEST TEXAS FILTERS
PO BOX 16560
LUBBOCK, TX 79490-6560

WGD ENTERPRISES
5401 28th St
Lubbock, TX 79407-3403

YOUR WEB PRO, LLC
4219 34TH ST
LUBBOCK, TX 79410

ZICO ZIAMATIC CORP.
PO BOX 337
YARDLEY, PA 19067-0337