**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DACO FIRE EQUIPMENT, INC. | § | Case No. 24-50087 |
|   Debtor | § | |
| | § | |

**<u>CERTIFICATE OF SERVICE</u>**

Please take notice that on February 2, 2026, a true and correct copy of Plan Letter, Ballot, the Debtor's *Amended Plan of Reorganization Dated July 7, 2025* (Docket No. 134), and *Order Setting Hearing on Confirmation of Plan of DACO Fire Equipment, Inc. and Related Deadlines with Notice Thereof* (Docket No. 221) was served upon the parties on the attached matrix via First Class Mail, postage pre-paid and properly addressed, or by the court's CM/ECF noticing system to all parties registered to receive such service.

Dated: February 3, 2026

Respectfully submitted,
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103

By:   <u>/s/ *Stephen W. Sather*</u>
       Stephen W. Sather
       State Bar No 17657520
       **ATTORNEY FOR DEBTOR**
       **DACO FIRE EQUIPMENT, INC.**

Label Matrix for local noticing
0539-5
Case 24-50087-sgj11
Northern District of Texas
Lubbock
Tue Feb  3 16:05:45 CST 2026

Barron & Newburger, PC
7320 N. MoPac Expwy
Suite 400
Austin, TX 78731-2347

DACO Fire Equipment, Inc
PO Box 5006
Lubbock, TX 79408-5006

Ford Motor Credit Company, LLC c/o AIS Portf
P.O. Box 650004
Dallas, TX 75265-0004

Ford Motor Credit Company, LLC, c/o AIS Port
P.O. Box 650004
Dallas, TX 75265-0004

LANGOIS MANAGEMENT, LLC, d/b/a SWITCH I.T. S
1655 Main St., Ste 202
Lubbock, TX 79401-3109

Lone Star State Bank of West Texas
Lone Star State Bank of West Texas
6220 Milwaukee Avenue
Lubbock, TX 79424-0604

Lubbock Central Appraisal District
Perdue, Brandon, Fielder, Collins & Mott
c/o Laura J. Monroe
P.O. Box 9132
Amarillo, TX 79105-9132

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, tx 78711-2548

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

A.H. Stock Manufacturing
8402 Center Rd.
Newton, WI 53063-9642

AIRGAS SOUTHWEST INC
Po Box 734671
Dallas TX 753734671

ALL STAR TRUCK WASH
1612 N I 27
Lubbock TX 794032527

ALLIED COMPLIANCE SERVICES INC
2827 74th St
Lubbock TX 794231437

AMKUS RESCUE SYSTEMS
3701 Innovation Way
Valparaiso IN 463839327

ANDERSON HILL LLP
PO BOX 65257
LUBBOCK TX 79464-5257

AQUA ONE
PO BOX 8210
AMARILLO TX 79114-8210

ARTESIA FIRE EQUIPMENT INC
PO BOX 13671014 S FIRST ST
ARTESIA NM 88210

AUSTIN HARDWARE  SUPPLY INC
DEPT CH 19373
PALATINE IL 600559373

AVON PROTECTION
DEPT 134001
PO Box 67000
Detroit MI 482671340

(p)AIRGAS USA LLC
110 W 7TH STREET
TULSA OK 74119-1031

Ally Financial
PO Box 9001948
Louisville KY 40290-1948

Andrea Sheehan
Texas Association of School Boards, Inc.
Attn: Corporate Counsel's Office
P.O. Box 400
Austin, TX 78767-0400

B  J WELDING SUPPLY
PO BOX 3520
LUBBOCK TX 794523520

BLUE SPARTAN PRODUCTS
262 FAITH ROCK ROAD
Franklinville NC 27248-8563

BROOKS EQUIPMENT CO INC
PO Box 60594
CHARLOTTE NC 282600594

BULLARD COMPANY
DEPT 781209
PO Box 78000
Detroit MI 482781209

BUSINESS HYGIENE
PO BOX 16558
LUBBOCK TX 794906558

BUYBOARD
Po Box 975110
Dallas TX 753975110

Blue Cross Blue Shield
PO Box 6655730
Dallas TX 752660049

C  S SUPPLY
253 42ND STREET SW UNIT C CO
Loveland CO 80537-7507

CHEMGUARD
TYCO FIRE PRODUCTS
DEPT CH10513
Palatine IL 600550513

COHN  GREGORY
PO Box 671435 TEXAS
Dallas TX 752671435

COUNCIL TOOL COMPANY
PO BOX 165
LAKE WACCAMAW NC 284500165

CRESTAR FIREFIGHTING EQUIPMENT LLC
CRESTAR FIREFIGHTING EQUIPMENT
643 LEGION DR
Shreve OH 44676-9271

CREW BOSS
PO BOX 2729
EUGENE OR 97402-0275

CUSTOM ELECTRONICS
807 E CR 7300 1
LUBBOCK TX 79404

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

DEECO RUBBER CO INC
PO BOX 3337
LUBBOCK TX 794523337

DEL CITY
23287 NETWORK PLACE
CHICAGO IL 606731232

DRAEGER INC
3135 QUARRY ROAD
TELFORD PA 18969-1051

DUOSAFETY LADDER CORPORATION
PO Box 497
Oshkosh WI 54903-0497

Danielle Mason Anderson
277 S. Rose Street, Suite 6000
Kalamazoo, MI, MI 49007-4734

EARLS PLUMBING
4720 HIGHWAY 84
LUBBOCK TX 79415-4539

ECO PRODUCT SYSTEMS,LLC
1095 HILLTOP DRIVE SUITE 425
REDDING CA 96003-3811

ELKHART BRASS MFG CO INC
PO BOX 74008426
ELKHART IN 606748426

ESI Equipment, Inc.
119 Keystone Drive
Montgomeryville, PA 18936-9638

Euler Hermes Agent for HAIX NORTH AMERICA, I
100 International Dr 22nd Floor
Baltimore, MD 21202-4783

Euler Hermes agent for AAH Acquisition, LLC
100 International dr 22nd
Baltimore, MD 21202-4673

FASTENAL COMPANY
PO BOX 1286
WINONA MN 55987-7286

FELIX WEST PAINTS INC
FELIX WEST PAINTS INC
PO Box 2096
Lubbock TX 79408-2096

FIRE HOOKS UNLIMITED
1827 Old Mill Rd
Wall Township NJ 077193613

FLAMEFIGHTER CORPORATION
Flamefighter CorpPO BOX 61
South St Paul MN 55075

FLEETPRIDE
PO BOX 847118
DALLAS TX 752847118

FOAM PRO
FIRE RESEARCH CORPORATION
PO Box 74007150
Chicago IL 606747150

FORD MOTOR CREDIT COMPANY LLC
c/o Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254-4314

FORGE FIRE  CO
3844 PLEASANT HILL RD
PERRYSVILLE OH 44864-9668

FOXFURY LIGHTING SOLUTIONS
FOXFURY LLC
3544 SEAGATE WAY STE 110
OCEANSIDE CA 92056-6041

FYRELANE USA
8701 JOHN CARPENTER FRWY  SUITE 230
Dallas TX 75247-4640

Fastenal Company
2001 Theurer Blvd.
ATTN: Legal
Winona, MN 55987-9902

Fire Research Corp
26 Southern Blvd
Nesconset, NY 11767-1062

Ford Credit
PO Box 65075
Dallas TX 752650575

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

GEMTOR INC
GEMTOR INC
1 Johnson Ave
Matawan NJ 07747-2595

GRAINGER
DEPT 827930389PO BOX 419267
KANSAS CITY MO 641416267

GUARDIAN ANGEL
W228N727 WESTMOUND DRSTE A
WAUKESHA WI 53186

HAIX NORTH AMERICA INC
2320 FORTUNE DRIVE SUITE 120
LEXINGTON KY 40509-4117

HCAA MEDICAL GROUP PA
25 BRIERCROFT OFFICE PARK
LUBBOCK TX 794123011

HEBERT HOSE CLAMPS
PO BOX 66575
SEATTLE WA 98166-0575

HOGLAND COMPLETE OFFICE SOLUTIONS
PO BOX 1018
LUBBOCK TX 79408-1018

HUSKY PORTABLE CONTAINMENT
PO BOX 3404
BARTLESVILLE OK 74006-3404

Huco Products dba The Cleaning House
110 Avenue S
Lubbock, TX 79415-3633

(p)INNOVATIVE CONTROLS
ATTN LAURA BAUGHMAN
560 BRADDOCK AVE
ATT LAURA
EAST PITTSBURGH PA 15112-1223

Internal Revenue Service Center
Centralized Insolvency Office
PO Box Box 7345
Philadelphia PA 19101-7345

JENKINS  YOUNG PC
JENKINS WAGNON  YOUNG PCPO BOX 420
LUBBOCK TX 794080420

JOHN WRIGHT ASSOCIATES INC
1111 W Abram St
Arlington TX 760136928

KINGS TIRE WAREHOUSE
230 AVE Q
LUBBOCK TX 79415-4048

KOCHEK COMPANY INC
INDUSTRIAL PARK75 HIGHLAND DRIVEPUTNAM
PUTNAM CT 06260

KUSSMAUL ELECTRONICS CO INC
170 CHERRY AVEDAC001
WEST SAYVILLE NY 11796-1200

LAWRENCE FACTOR
4740 NW 157 STREET
MIAMI LAKES FL 33014-6421

LIBERTY NATIONAL LIFE INSURANCE CO
ATTN PREMIUM REMITTANCEPO BOX 248889
OKLAHOMA CITY OK 73124

LIFE LINE EMERGENCY VEHICLES INC
1 LIFELINE DRIVE
SUMNER IA 50674-9003

LION APPAREL INC
L3505
COLUMBUS OH 43260-0001

LION TOTAL CARE
LION APPAREL INCL3505
COLUMBUS OH 43260-0001

LIQUID SPRINGS
10400 Pioneer Blvd Ste 1
Santa Fe Spgs CA 906703728

LONGLEY DIESEL  EQUIPMENT SERVICE LLC
4509 IONA STREET
LUBBOCK TX 79415-9701

LPLDACO
POWER  LIGHTPO BOX 10541LUBBOCK
LUBBOCK TX 794083541

LUBBOCK BOLT BIN
4029 AVENUE A
LUBBOCK TX 79404-2805

LUBBOCK GASKET  SUPPLY
PO BOX 2154
LUBBOCK TX 79408-2154

Langlois Management, LLC., a Texas limited l
1655 Main Street, Suite 200
Lubbock, TX 79401-3109

Lion Group, Inc
7200 Poe Avenue, Suite 400
Dayton OH 45414-2798

Lone Star State Bank
c/o John C. Sims
P.O. Box 10236
Lubbock, Texas 79408-3236

Lonestar State Bank of West Texas
6220 Milwaukee Ave
Lubbock TX 79424-0604

Lubbock Central Appraisal District
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

MAJESTIC FIRE APPAREL INC
PO BOX 248
LEHIGHTON PA 18235-0248

MANHATTAN LIFE
PO BOX 925688
HOUSTON TX 77292-5688

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA PA 191013604

MAXAIR
2807 PEDDLER LANE
KERRVILLE TX 78028-7705

MAXXIMA PANOR CORPORATION
125 CABOT COURT
HAUPPAUGE NY 11788-3717

METRO FIRE APPARATUS SPECIALISTS INC
17350 STATE HWY 249
STE 250
HOUSTON TX 77064-1142

MIDWEST HOSE  SPECIALTY INC
PO BOX 248911
OKLAHOMA CITY OK 731248911

MTS INC
PO BOX 3910
LUBBOCK TX 79452-3910

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054-1727

McGavock Nissan Lubbock
6312 Milwaukee Ave
Lubbock TX 794240613

McNEIL  CO
PO BOX 292
CANAJOHARIE NY 13317-0292

NIGHTSTICK
640 South Sanden Blvd
Texas
Wylie TX 75098-4922

NKC TIREMcWHORTERS TIRE
1008 TEXAS AVE
LUBBOCK TX 79401-3318

OCCUNOMIX INTERNATIONAL
DEPT 510
PO BOX 4458
HOUSTON TX 77210-4458

OLD DOMINION FREIGHT LINE INC
500 Old Dominion Way
Thomasville, NC 27360-8923

ONSPOT
PO BOX 842293
BOSTON MA 022842293

OREILLYFW
PO BOX 9464
SPRINGFIELD MO 658019464

OTOOL PLASTIC PIPE INC
PO BOX 1917
LUBBOCK TX 79408-1917

PACIFIC REFLEX SIGNS
PO BOX 1200
MACON MS 39341-1200

PELICAN PRODUCTS INC
23215 EARLY AVE
TORRANCE CA 90505-4002

PF DISTRIBUTION CENTER INC
1500 E Hamilton Ave Ste 112
Campbell CA 950080834

PIGEON MOUNTAIN INDUSTRIES
PO BOX 803
LAFAYETTE GA 30728-0803

PREMIER EMBLEM
2111 West Ave Ste 200
San Antonio TX 782012822

PURVIS INDUSTRIES
PO BOX 540757
DALLAS TX 75354-0757

R  B FABRICATIONS
20128 RD 138
OAKWOOD OH 45873-9366

RED HEAD BRASS LLC
PO BOX 76119
CLEVELAND OH 44101-4204

RELIANT
PO BOX 650475
DALLAS TX 752650475

ROSENBAUER AERIALS LLC
870 S BROAD ST
FREMONT NE 68025-6091

ROSENBAUER MINNESOTA LLC
PO BOX 549
WYOMING MN 55092-0549

ROSENBAUER MOTORS LLC
Po Box 549
Wyoming MN 550920549

ROSENBAUER SOUTH DAKOTA LLC
100 3rd St
Lyons SD 570418000

Reliant Energy
201 Avenue R
Lubbock TX 794154064

Reliant Energy
4503 Iona St
Lubbock TX 794159701

Reliant Energy
6000 Huddleston St
Haltom City TX 761372214

Reliant Energy Retail Services, LLC
Attention: Bankruptcy Department
P.O. Box 3606
Houston, TX 77253-3606

Robert Joseph
P.O. Box 2603
Lubbock, TX 79408-2603

Rosenbauer Aerials, LLC
C/O J. Mark Chevallier, Esq.
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202-3783

Rosenbauer Minnesota, LLC et al.
Attn: J. Mark Chevallier, Esq.
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202-3783

Rosenbauer Motors, LLC
C/O J. Mark Chevallier, Esq.
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202-3783

Rosenbauer South Dakota, LLC
C/O J. Mark Chevallier, Esq.
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202-3783

S  H PRODUCTS
Po Box 75490
Chicago IL 606755490

SAM CARBIS SOLUTIONS GROUP
Po Box 6649
Florence SC 295026649

SCBAS INC
403 Peoria St
Washington IL 615712426

SIGN DESIGN
6625 19th St Ste 110
Lubbock TX 794071301

SNAP TITE HOSE
PO BOX 5001
GREENSBURG PA 15601-2118

SOUTH PARK CORPORATION
PO BOX 61
SOUTH ST PAUL MN 55075-0061

SOUTH PLAINS COMMUNICATION
5811 34TH STREET
LUBBOCK TX 79407-3288

SOUTHERN TIRE MART LLC
PO BOX 1000DEPT 143
MEMPHIS TN 381480143

SPECTRUM VOIP
Po Box 250588
Plano TX 750250588

STALLION AIR INC
PO BOX 337
RAMSEUR NC 27316-0337

STAR MARKETING INC
Po Box 230
Kaukauna WI 541300230

(p)STREAMLIGHT INC
ATTN ATTN DANA FOX
30 EAGLEVILLE ROAD
EAGLEVILLE PA 19403-1476

STRYKER
PO BOX 93308
CHICAGO IL 606733309

SURVIVAL AIR SYSTEMS
MORTON MORROW DBA SURVIVAL AIR
313 County Road 893
Angleton TX 775159489

SWITCH IT SUPPORT
PO BOX 53232
LUBBOCK TX 79453-3232

Scoggin Dickey Chevrolet Buick Inc
5901 Spur 327
Lubbock TX 794242705

Steve Davis
5402 73rd St
Lubbock TX 794242010

TEINERT METALS INC
PO BOX 3217
LUBBOCK TX 79452-3217

TEMPEST TECHNOLOGY
Attn TEMPEST TECHNOLOGY CORP
4708 N Blythe Ave
Fresno CA 937223930

THUEMLING INSTRUMENT GROUP
PO BOX 1625
WAUKESHA WI 531871625

TRANSAMERICA LIFE INSURANCE COMPANY
PO BOX 653005
DALLAS TX 75265-3005

TURTLE PLASTICS
Attn CLEVELAND RECLAIM INDUSTRIES INC
Po Box 33
Amherst OH 440010033

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

The Local Government Purchasing Cooperative
P.O. Box 400
Austin, TX 78767-0400

Trident Emergency Products, LLC
2950 Turnpike Drive, Unit # 21
Hatboro, PA 19040-4200

UPS  DACO
Po Box 577
Carol Stream IL 601320577

UPS  FW
Po Box 577
Carol Stream IL 601320577

US Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0009

US Attorneys Office
George Mahon Federal Building
1205 Texas Avenue Suite 700
Lubbock TX 79401-4029

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

VERDE ENVIRONMENTAL INC
9223 Eastex Fwy
Houston TX 770937001

VERIZON WIRELESS
PO BOX 660108
DALLAS TX 752660108

WATEROUS COMPANY
PO BOX 98376
CHICAGO IL 606938376

WEST TEXAS FILTERS
PO BOX 16560
LUBBOCK TX 794906560

WGD ENTERPRISES
5401 28th St
Lubbock TX 794073403

WS DARLEY
PO BOX 95186
CHICAGO IL 606945186

Wesley Dobmeier
PO Box 420
Lubbock, TX 79408-0420

YOUR WEB PRO LLC
4219 34TH ST
LUBBOCK TX 79410-2641

ZICO ZIAMATIC CORP
PO BOX 337
YARDLEY PA 19067-8337

Frances A. Smith (SBRA V)
Ross & Smith, PC
700 N Pearl St, Suite 1610
Dallas, TX 75201-7459

Garrett Dobmeier
Jenkins & Young, PC
PO Box 420
Lubbock, TX 79408-0420

Paul James Hammer
Barron and Newburger
5555 West Loop S
Suite 235
Bellaire, TX 77401-2112

Stephen W. Sather
Barron & Newburger, P.C.
7320 MoPac Expwy. N.
Austin, TX 78731-2338

Wesley Dobmeier
Jenkins & Young, PC
PO Box 420
Lubbock, TX 79408-0420

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Airgas USA, LLC
110 West 7th St., Suite 1400
Tulsa, OK 74119

Ford Motor Credit Company, LLC
Dept 55953 P.O. Box 55000
Detroit, MI  48255

INNOVATIVE CONTROLS
560 BRADDOCK AVE
EAST PITTSBURGH PA 15112

STREAMLIGHT
30 Eagleville Rd
Norristown PA 194031476

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FORD MOTOR CREDIT COMPANY LLC

(u)Lion Group, Inc.

(u)Rosenbauer Minnesota, LLC, Rosenbauer Moto

(u)Rosenbauer South Dakota, LLC

(u)United States Of America Internal Revenue

(u)COLONIAL LIFE

(d)ECO Product Systems, LLC
1095 Hilltop Dr.
Ste 425
Redding, CA 96003-3811
,

(u)Ford

(u)HIGH WATER HOSE
HIGHWATER HOSE INC5838 CYPIHOTCANADA
SAINT LAURENTH4S 1Y5

(u)Peac SolutionsMarlin Business Bank

(u)Unknown
Unknown Unknown
Round Rock TX 78664

(u)Verizon Wireless

```
(d)Robert Joseph                (u)Steve Davis              End of Label Matrix
PO Box 2603                                                 Mailable recipients    183
Lubbock, TX 79408-2603                                      Bypassed recipients     14
                                                            Total                  197
```